No. 25-2366

**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

NETCHOICE, LLC, D/B/A NETCHOICE,
*Plaintiff-Appellee*,

v.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,
*Defendant-Appellant*.

**On Appeal from the United States District Court for the Northern District of California**
No. 5:22-cv-08861-BLF
The Honorable Beth Labson Freeman, Judge

# APPELLANT'S EXCERPTS OF RECORD INDEX VOLUME

ROB BONTA
*Attorney General of California*
THOMAS S. PATTERSON
*Senior Assistant Attorney General*
ANYA M. BINSACCA
*Supervising Deputy Attorney General*
KRISTIN A. LISKA
*Deputy Attorney General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3916
Fax: (415) 703-5480
Kristin.Liska@doj.ca.gov
*Attorneys for Defendant-Appellant*

June 10, 2025

## EXCERPTS OF RECORD INDEX


| File Date | USDC Dkt. No. | Document Description | ER No. |
|---|---|---|---|
| | | **VOLUME 1 of 4** | |
| 03/13/2025 | 143 | Order Granting Plaintiff's Second Motion for Preliminary Injunction (Re: ECF 101) | 2-57 |
| | | **VOLUME 2 of 4** | |
| 01/29/2025 | 129 (pp. 1-3) | Plaintiff's Request for Judicial Notice of Legislative History | 59-61 |
| 01/29/2025 | 129 (pp. 4-5) | Attachment 1 – The "History" of AB 2273 *(Request for Judicial Notice of Legislative History, Att. 1)* | 62-63 |
| 01/29/2025 | 129 (pp. 6-8) | Attachment 2 – Further Details of Each Formal Vote Taken on AB 2273 *(Request for Judicial Notice of Legislative History, Att. 2)* | 64-66 |
| 01/29/2025 | 129 (pp. 9-18) | Attachment 3 – The June 30, 2022 Version of AB 2273 *(Request for Judicial Notice of Legislative History, Att. 3)* | 67-76 |
| 01/29/2025 | 129 (pp. 19-34) | Attachment 4 – The August 11, 2022, Version of AB 2273 *(Request for Judicial Notice of Legislative History, Att. 4)* | 77-92 |
| 01/29/2025 | 129 (pp. 35-49) | Attachment 5 – The August 22, 2022, Version of AB 2273 *(Request for Judicial Notice of Legislative History, Att. 5)* | 93-107 |

| File Date | USDC Dkt. No. | Document Description | ER No. |
|---|---|---|---|
| 01/23/2025 | 136 | Reporter Transcript of the January 23, 2025 Hearing on Plaintiffs' Second Motion for a Preliminary Injunction | 108-227 |
| 01/02/2025 | 121 | Reply in Support of Motion for Second Preliminary Injunction | 228-253 |
| 12/06/2024 | 112 | Opposition to Plaintiff's Motion for a Second Preliminary Injunction | 254-292 |
| **VOLUME 3 of 4** | | | |
| 12/06/2024 | 112-1 (pp. 1-3) | Declaration of Kristin A. Liska in Support of Opposition to Plaintiff's Motion for a Second Preliminary Injunction | 294-296 |
| 12/06/2024 | 112-1 (pp. 4-24) | Exhibit 1 – The April 17, 2022 Assembly Committee on Privacy and Consumer Protection Analysis of AB 2273<br>*(Decl. of Kristin A. Liska in Supp. of Opp. to Pl.'s Mot. for a Second Prelim. Inj., Ex. 1)* | 297-317 |
| 12/06/2024 | 112-1 (pp. 25-29) | Exhibit 2 – The May 20, 2022 Assembly Floor Analysis of AB 2273<br>*(Decl. of Kristin A. Liska in Supp. of Opp. to Pl.'s Mot. for a Second Prelim. Inj., Ex. 2)* | 318-322 |
| 12/06/2024 | 112-1 (pp. 30-53) | Exhibit 3 – The June 24, 2022 Senate Judiciary Committee analysis of AB 2273<br>*(Decl. of Kristin A. Liska in Supp. of Opp. to Pl.'s Mot. for a Second Prelim. Inj., Ex. 3)* | 323-346 |
| 12/06/2024 | 112-1 (pp. 54-62) | Exhibit 4 – The August 23, 2022 Senate Floor Analysis of AB 2273<br>*(Decl. of Kristin A. Liska in Supp. of Opp. to Pl.'s Mot. for a Second Prelim. Inj., Ex. 4)* | 347-355 |

| File Date | USDC Dkt. No. | Document Description | ER No. |
|---|---|---|---|
| 12/06/2024 | 112-1 (pp. 63-68) | Exhibit 5 – The August 30, 2022 Assembly Floor Analysis of AB 2273<br>*(Decl. of Kristin A. Liska in Supp. of Opp. to Pl.'s Mot. for a Second Prelim. Inj., Ex. 5)* | 356-361 |
| 12/06/2024 | 112-1 (pp. 69-117) | Exhibit 6 – The Federal Trade Commission Staff Report "Bringing Dark Patterns to Light," from September 2022<br>*(Decl. of Kristin A. Liska in Supp. of Opp. to Pl.'s Mot. for a Second Prelim. Inj., Ex. 6)* | 362-410 |
| 12/06/2024 | 112-2 | Declaration of Serge Egelman, PH.D. in Support of Defendant's Opposition to Plaintiff's Motion for a Second Preliminary Injunction | 411-463 |
| 12/06/2024 | 112-3 | [Second] Declaration of Jenny S. Radesky, MD in Support of Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction | 464-526 |
| 11/01/2024 | 101 | Notice of Motion and Motion for Second Preliminary Injunction | 527-566 |
| 11/01/2024 | 101-1 | Appendix to Second Motion for Preliminary Injunction | 567-569 |
| 11/01/2024 | 101-7 (pp. 1-4) | Declaration of David Gossett in Support of NetChoice's Motion for Second Preliminary Injunction | 570-573 |
| 11/01/2024 | 101-7 (pp. 63-65) | Exhibit 9 – Transcript of the California State Assembly Floor Session held August 30, 2022<br>*(Decl. of David Gossett in Supp. of NetChoice's Mot. for Second Prelim. Inj., Ex. 9)* | 574-576 |
| 11/01/2024 | 101-7 (pp. 66-79) | Exhibit 10 – Transcript of *Conversation with California Assemblymember Buffy Wicks*, Husch Blackwell (Mar. 7, 2023)<br>*(Decl. of David Gossett in Supp. of NetChoice's Mot. for Second Prelim. Inj., Ex. 10)* | 577-590 |

| File Date | USDC Dkt. No. | Document Description | ER No. |
|---|---|---|---|
| **VOLUME 4 of 4** | | | |
| 04/21/2023 | 51-5 | [First] Declaration of Jenny S. Radesky, MD in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction | 592-629 |
| 04/11/2025 | 146 | Notice of Appeal | 630-632 |
| – | – | Civil District Court Docket Sheet, *NetChoice v. Bonta*; No. 5:22-cv-08861-BLF (N.D. Cal.), as of June 4, 2025 | 633-656 |