**No. 25-2366**

**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

NETCHOICE, LLC, D/B/A NETCHOICE,

*Plaintiff-Appellee*,

v.

ROB BONTA, *in his official capacity as Attorney General of the State of California*,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:22-cv-08861-BLF
The Honorable Beth Labson Freeman

# PLAINTIFF-APPELLEE'S INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue
27th Floor
Los Angeles, CA 90071
(213) 633-6800
adamsieff@dwt.com

Ambika Kumar
Bianca G. Chamusco
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104
(206) 757-8030
ambikakumar@dwt.com
biancachamusco@dwt.com

David M. Gossett
Meenakshi Krishnan
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW
Suite 500 East
Washington, DC 20005
(202) 973-4200
davidgossett@dwt.com
meenakshikrishnan@dwt.com

Robert Corn-Revere
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE
Suite 340
Washington, D.C. 20003
(215) 717-3423 Ext. 209
bob.corn-revere@thefire.org

*Attorneys for Plaintiff-Appellee NetChoice, LLC*

# INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD



| VOLUME 1 | | | |
|---|---|---|---|
| **Dkt. No.** | **Filed Date** | **Description** | **SER Pages** |
| 121-1 | 1/2/2025 | Supplemental Declaration of Christopher Ferguson in Support of Plaintiff NetChoice's Renewed Motion for Preliminary Injunction | 2-30 |
| 101-7 | 11/1/2024 | Exhibit 1 to Declaration of David Gossett: Web page, *Policies and community standards*, U.K. Information Commissioner's Office | 31-34 |
| | | Exhibit 2 to Declaration of David Gossett: Web page, *Detrimental use of data*, U.K. Information Commissioner's Office | 35-40 |
| | | Exhibit 3 to Declaration of David Gossett: Web page, *Nudge techniques*, U.K. Information Commissioner's Office | 41-47 |
| | | Exhibit 4 to Declaration of David Gossett: Web page, *Profiling*, U.K. Information Commissioner's Office | 48-58 |
| | | Exhibit 5 to Declaration of David Gossett: Bobby Allyn, *Snapchat Ends "Speed Filter" That Critics Say Encouraged Reckless Driving,* NPR (June 17, 2021) | 59-65 |
| | | Exhibit 6 to Declaration of David Gossett: Web page, *Adult Nudity and Sexual Activity*, Meta | 66-72 |

| VOLUME 1 | | | |
|---|---|---|---|
| **Dkt. No.** | **Filed Date** | **Description** | **SER Pages** |
| 101-7 cont'd | | Exhibit 7 to Declaration of David Gossett: Web page, *Bullying and Harassment*, Meta | 73-79 |
| | | Exhibit 8 to Declaration of David Gossett: Web page, *Transparency Report July 1, 2023 – December 31, 2023*, Snap | 80-88 |
| | | Exhibit 11 to Declaration of David Gossett: *Teens, Social Media and Technology,* Pew Research Center (December 2023) | 89-114 |
| 101-6 | 11/1/2024 | Supplemental Declaration of Denise Paolucci in Support of Motion for Preliminary Injunction | 115-120 |
| 101-5 | 11/1/2024 | Supplemental Declaration of Michael Masnick in Support of Motion for Preliminary Injunction | 121-124 |
| 101-4 | 11/1/2024 | Declaration of Christopher Ferguson in Support of Plaintiff NetChoice's Renewed Motion for Preliminary Injunction | 125-146 |
| 100 | 11/1/2024 | First Amended Complaint for Declaratory and Injunctive Relief | 147-177 |
| 74 | 9/18/2023 | Order Granting Motion for Preliminary Injunction | 178-222 |

| VOLUME 1 | | | |
|---|---|---|---|
| **Dkt. No.** | **Filed Date** | **Description** | **SER Pages** |
| 60-1 | 5/19/2023 | Declaration of Adam Sieff in Support of Reply for Motion for Preliminary Injunction | 223-225 |
| 60-2 | 5/19/2023 | Exhibit 1 to Declaration of Adam Sieff: Concurrence in Senate Amendments to Assembly Bill No. 2273 (Wicks) (021-2022 Reg. Sess.), as introduced Apr. 26, 2022 | 226-231 |
| 60-3 | 5/19/2023 | Exhibit 2 to Declaration of Adam Sieff: Senate Judiciary Committee Analysis of Assembly Bill No. 2273 (Wicks) (2021-2022 Reg. Sess.), as introduced Apr. 26, 2022 | 232-255 |
| 60-4 | 5/19/2023 | Exhibit 3 to Declaration of Adam Sieff: May 3, 2022, letter from Rob Bonta, Attorney General of the State of California to the Honorable Buffy Wicks | 256-258 |
| 60-5 | 5/19/2023 | Exhibit 4 to Declaration of Adam Sieff: Press release from the Office of the Governor of the State of California, *Governor Newsom Statement on Challenge to California's Child Online Privacy Law* (Feb. 21, 2023) | 259-260 |
| 60-6 | 5/19/2023 | Exhibit 5 to Declaration of Adam Sieff: Am. Psych. Ass'n, *Health Advisory on Social Media Use in Adolescence* (May 2023) | 261-273 |

| VOLUME 1 | | | |
|---|---|---|---|
| **Dkt. No.** | **Filed Date** | **Description** | **SER Pages** |
| 60-7 | 5/19/2023 | Exhibit 6 to Declaration of Adam Sieff: Aaron Haddock, et al., *Positive Effects of Digital Technology Use by Adolescents: A Scoping Review of the Literature,* Int'l J. Env't Rsch. & Pub. Health (Oct. 27, 2022) | 274-291 |

| VOLUME 2 | | | |
|---|---|---|---|
| **Dkt. No.** | **Filed Date** | **Description** | **SER Pages** |
| 60-8 | 5/19/2023 | Exhibit 7 to Declaration of Adam Sieff: Matti Vuorre, et al., *There Is No Evidence That Associations Between Adolescents' Digital Technology Engagements and Mental Health Problems Have Increased,* Ass'n for Psych. Sci. (2021) | 293-306 |
| 51 | 4/21/2023 | Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction | 307-349 |
| 51-1 | 4/21/2023 | Declaration of Serge Egelman, Ph.D. in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction | 350-378 |

| VOLUME 2 | | | |
|---|---|---|---|
| **Dkt. No.** | **Filed Date** | **Description** | **SER Pages** |
| 51-3 | 4/21/2023 | Declaration of Emily Keaney, Deputy Commissioner of Regulatory Policy for the Information Commissioner's Office in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction | 379-402 |
| 51-4 | 4/21/2023 | Exhibit A to the Declaration of Emily Keaney: *Age appropriate design: a code of practice for online services*, U.K. Information Commissioner's Office | 403-449 |
| 34-1 | 2/24/2023 | Brief of Professor Eric Goldman as *Amicus Curiae* in Support of Plaintiff | 450-466 |
| 29-30 | 2/17/2023 | Declaration of Stacie D. Rumenap in Support of Motion for Preliminary Injunction | 467-471 |
| 29-29 | 2/17/2023 | Declaration of Michael Masnick in Support of Motion for Preliminary Injunction | 472-479 |
| 29-28 | 2/17/2023 | Declaration of Denise Paolucci in Support of Motion for Preliminary Injunction | 480-490 |
| 29-25 | 2/17/2023 | Declaration of Libby Roin in Support of Motion for Preliminary Injunction | 491-498 |
| 29-26 | 2/17/2023 | Exhibit 1 to the Declaration of Libby Roin: Goodreads' Community Guidelines | 499-501 |

| VOLUME 2 | | | |
|---|---|---|---|
| **Dkt. No.** | **Filed Date** | **Description** | **SER Pages** |
| 29-27 | 2/17/2023 | Exhibit 2 to the Declaration of Libby Roin: Goodreads' Review Guidelines | 502-504 |
| 29-22 | 2/17/2023 | Declaration of Giancarlo Cairella in Support of Motion for Preliminary Injunction | 505-512 |
| 29-23 | 2/17/2023 | Exhibit 1 to the Declaration of Giancarlo Cairella: IMDb's Conditions of Use | 513-520 |
| 29-24 | 2/17/2023 | Exhibit 2 to the Declaration of Giancarlo Cairella: IMDb's Image Guidelines | 521-528 |
| 29-21 | 2/17/2023 | Declaration of Carl Szabo in Support of Motion for Preliminary Injunction | 529-537 |