No. 25-2366

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NETCHOICE, LLC, D/B/A NETCHOICE
*Plaintiff-Appellee*,

v.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA
*Defendant-Appellant*.

**On Appeal from the United States District Court
for the Northern District of California**
No. 5:22-cv-08861-BLF
The Honorable Beth Labson Freeman

**UNOPPOSED MOTION FOR EXTENSION OF TIME;
DECLARATION OF KRISTIN A. LISKA**

ROB BONTA
  *Attorney General of California*
THOMAS S. PATTERSON
  *Senior Assistant Attorney General*
ANYA M. BINSACCA
  *Supervising Deputy Attorney General*
KRISTIN A. LISKA
  *Deputy Attorney General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3916
Fax: (415) 703-5480
Kristin.Liska@doj.ca.gov
*Attorneys for Defendant-Appellant*

August 22, 2025

Pursuant to Circuit Rule 31-2.2(b), Defendant-Appellant Rob Bonta respectfully requests an extension of 20 days, until September 22, 2025, to file his reply brief on the merits. Plaintiff-Appellee NetChoice, LLC does not oppose this extension. *See* Declaration of Kristin A. Liska ("Liska Decl."), ¶ 3. Appellant's reply brief is currently due on September 2, 2025 (in light of the Labor Day holiday on September 1, 2025). Liska Decl., ¶ 2. Both parties previously received 32-day extensions of time to file their principal merits briefs; no prior extension of time has been requested on Appellant's reply brief. *Id.*, ¶ 6.

There is a substantial need for a slightly lengthier briefing schedule in this matter. *See* Cir. Rule 31-2.2(b). This case involves multiple complex and novel legal issues about the application of the First Amendment to the internet, which require careful consideration and research. These include how to apply the standard articulated by the Supreme Court in *Moody v. NetChoice*, 603 U.S. 707 (2024), to a facial challenge to a subset of a statute's applications and whether that standard must be applied to each provision individually or to the statute as a whole. Liska Decl., ¶ 5. Given the complex and important nature of this statutory challenge, briefing will need to be reviewed by several rounds of other attorneys before it is finalized and finished. *Id.*, ¶ 5.

///

For these reasons, Defendant-Appellant requests the Court grant a 20-day extension of time to file his reply brief, until September 22, 2025.

Dated: August 22, 2025          Respectfully submitted,

*s/ Kristin Liska*

Rob Bonta
  *Attorney General of California*
Thomas S. Patterson
  *Senior Assistant Attorney General*
Anya M. Binsacca
  *Supervising Deputy Attorney General*
KRISTIN A. LISKA
  *Deputy Attorney General*

2

## DECLARATION OF KRISTIN A. LISKA

1. I am a Deputy Attorney General in the California Department of Justice. I am the lead attorney in this matter representing Defendant-Appellant Attorney General Rob Bonta and am responsible for the preparation of the reply brief on the merits in this case.

2. On August 11, 2025, Plaintiff-Appellee filed its answering brief on the merits in this matter. Defendant-Appellant's reply brief on the merits is currently due September 2, 2025 (in light of the Labor Day holiday on September 1, 2025).

3. Prior to filing this motion, I conferred with counsel for Plaintiff-Appellee NetChoice, LLC regarding an extension to the briefing schedule. Counsel represented that they would not oppose a 20-day extension of time.

4. The proposed extension of 20 days would make the reply brief due on September 22, 2025.

5. This case involves multiple complex and novel legal issues, which require careful consideration and research. These include how to apply the standard articulated by the Supreme Court in *Moody v. NetChoice*, 603 U.S. 707 (2024), to a facial challenge to a subset of a statute's applications and whether that standard must be applied to each provision individually or to the statute as a whole. In addition, since this is an important case in the quickly evolving area of the First

3

Amendment's application to the internet, additional review by other attorneys will be required in this matter before the brief can be finalized and filed.

6. Both parties have received 32-day extensions of time to file their principal briefs. Defendant has not previously requested an extension of time to file his reply brief.

7. I have exercised diligence in preparing the reply brief and the reply brief will be filed within the time requested.

8. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed in San Francisco, California on August 21, 2025.

*s/ Kristin Liska*

Kristin A. Liska

4

# CERTIFICATE OF SERVICE

Case Name: <u>*NetChoice, LLC v. Bonta*</u>　　　Case No. <u>**25-2366**</u>

I hereby certify that on <u>August 22, 2025</u>, I electronically filed the following document with the Clerk of the Court by using this Court's Appellate Case Management System ("ACMS"):

**UNOPPOSED MOTION FOR EXTENSION OF TIME; DECLARATION OF KRISTIN A. LISKA**

I certify that **all** participants in the case are registered ACMS users and that service will be accomplished electronically by ACMS.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

This declaration was executed on <u>August 22, 2025</u>, at San Francisco, California.

| Vanessa Jordan | *s/ Vanessa Jordan* |
|---|---|
| Declarant | Signature |